ANTONETTE STEWART, Respondent, v. HOME LIFE INSURANCE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and

motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.